IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE             §
PETITION OF PETER KOSTYSHYN      §   No. 231, 2015
FOR A WRIT OF MANDAMUS           §

Submitted:  June 11, 2015
Decided:  July 21, 2015

## O R D E R

This 21st day of July 2015, it appears to the Court that, on May 27, 2015, the Chief Deputy Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not complying with the Court's May 7th directive to pay the filing fee or file an appropriate motion. The appellant failed to respond to the notice to show cause within the required ten-day period;[1] therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ *James T. Vaughn, Jr.*
Justice

---

[1] We acknowledge the appellant's untimely response filed on June 15, 2015. Even if the Court were to consider his response, it would not change the dismissal of this appeal.